IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| FRANK ALONZO JONES, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv293 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

<u>MEMORANDUM OPINION AND ORDER REGARDING VENUE</u>

Frank Alonzo Jones, Jr., an inmate confined in the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

<u>Discussion</u>

Petitioner challenges a criminal conviction in the 264th District Court of Bell County, Texas. As a result of the conviction, he was sentenced to 99 years of imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Bell County, Texas. Pursuant to 28 U.S.C. § 124, Bell County is in the Waco Division of the Western District of Texas. As all records and witnesses involving this action may be located in the Western District, the transfer of this action to such district would further justice.

ORDER

For the reasons set forth above, it is **ORDERED** that this case is **TRANSFERRED** to the Waco Division of the United States District Court for the Western District of Texas.

SIGNED this 24th day of July, 2024.

_____
Zack Hawthorn
United States Magistrate Judge